FILED'08 MAR 31 11:25USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**RENNIE J. DEARBORN,**

           Petitioner,

v.

**BRIAN BELLEQUE, Superintendent, Oregon State Penitentiary,**

           Respondent.

Civ. No. 07-659 MO

**ORDER DISMISSING HABEAS CORPUS PETITION**

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice. In the event that the decision in *Blakely v. Washington*, 542 U.S. 296 (2004), is later made retroactive to cases on collateral review, Petitioner has leave to reopen this case only as to the *Blakely* issues, and the limitations period shall be deemed tolled from the date

this Order is signed until sixty (60) days after the date of the decision rendering *Blakely* retroactively applicable. If *Blakely* is made retroactive and the Petitioner moves to reopen this case during the above-referenced 60-day period, Petitioner may also amend the Petition as of right so as to properly plead all *Blakely*-based claims in this Court.

    IT IS SO ORDERED this 31 day of March, 2008.

                                            THE HONORABLE MICHAEL W. MOSMAN
                                            U.S. District Court Judge

Submitted by:

*/s/ Thomas J. Hester*
Thomas J. Hester
Attorney for Petitioner

Lynn David Larsen (by consent)
Attorney for Respondent